# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WAL-MART STORES EAST, LP<br>    Plaintiff,<br><br>v.<br><br>ZURICH NORTH AMERICA, INC.<br>d/b/a ZURICH AMERICAN INSURANCE<br>COMPANY,<br>    Defendant. | CIVIL ACTION<br><br>NO. 2:21-cv-01974-CDJ |

## STIPULATION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(A)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-referenced action is voluntarily dismissed **WITHOUT PREJUDICE**.

**McDONNELL & ASSOCIATES, P.C.**               **BODELL BOVE LLC**

By:   */s/ Gwyneth R. Williams*              By:   */s/ Louis Bove*
      Patrick J. McDonnell, Esq.                   Louis Bove, Esq.
      Gwyneth R. Williams, Esq.                    *Attorneys for Defendant*
      *Attorneys for Plaintiff*

**APPROVED BY THE COURT.**

Dated: _____

_____
The Honorable C. Darnell Jones, II